UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | Chapter 13 |
| ANGELO M COOPER AKA ANGELO M COOPER SR. | Case No. 15-16728-MMH |
| Debtor | |
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST | Ref. Dkt. #68 |
| Movant | |
| v. | |
| ANGELO M COOPER AKA ANGELO M COOPER SR. | |
| (Debtor) | |
| NANCY SPENCER GRIGSBY | |
| (Trustee) | |
| Respondents | |

OBJECTION TO MOVANT'S NOTICE OF DEFAULT

    The Debtor, Angelo M. Cooper, by his attorney, Jeffrey P. Nesson objects to the Movant's Notice of Default (Docket #81) and states:

1. That the Debtor entered into a consent order to cure a post petition default at docket 69.

2. That the Debtor has made all payments as required.
   The following is a payment history as determined from the debtor's bank statements

| Regular | Arrearage Payments |
|---|---|
| -September 2018: Paid $1560.46 on 10/2 conf# 4293166 | $1554.76 on 10/2 conf# 4293173 |
| -August          : Paid    1560.46 on  9/17conf# 58219 | $1554.76 on 9/17 conf# 4258214 |
| -July                      1560.00 on  7/31conf# 4192306 | $1554.76 on 7/31 conf# 4192320 |
| -June      :         1560.46 on 6/26conf#  4135012 | $1554.76 on 6/26 conf# 4135016 |

| | | |
|---|---|---|
| -May | 1560.46 on 6/25conf#   4135002 | $1554.76 on 6/25 conf# 4135007 |
| -April | 1607.66 on 4/25conf#   4048087 | $1554.76 on 4/25 conf# 4048083 |
| -March | 1607.66 on 4/2 conf#    4015447 | $1554.76 on 4/25   conf#4015437 |
| -February | 1 610    on 1/25 | $1561     on 1/29 |

January        3162.42 on 12/19/17 This amount is the combined amount of my monthly payment of $1607.66 + 1554.76 = $3162.42.

December   2500.00 on 12/22/17

Wherefore, the Debtor prays:

A. That the Notice of Objection be stricken.
B. For such other and further relief as the nature of his cause may require.

                                          Respectfully Submitted,

           /s/ Jeffrey P. Nesson

Jeffrey P. Nesson
11421 Reisterstown Rd
Owings Mills, MD 21117
(410)363-4488
Attorney for Debtor
Bank. Bar # 02512

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 17th day of October ,2017, a copy of the Objection to Notice of Default in the above captioned matter was served electronically upon: U.S. Trustee and Case Trustee and   Namrata Loomba, Bar #20053, Orlans PC PO Box 2548 Leesburg, Virginia 20177.

                                          Respectfully Submitted,

                                        /s/ Jeffrey P. Nesson

                                       Jeffrey P. Nesson